# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL L. SLIPTCHUIK,**

       **Plaintiff,**

**-vs-**                       **Case No. 6:13-cv-460-Orl-28GJK**

**ING BANK, FSB, ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST,**

       **Defendants.**

_____

## ORDER

This case is before the Court on Defendant ING Bank, FSB n/k/a Capital One, N.A.'s Motion to Dismiss (Doc. No. 14) filed April 8, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 6, 2013 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss (Doc. No. 14) is **GRANTED**.

3. Plaintiff's Complaint is **DISMISSED**.

4. Plaintiff is granted leave to file an amended complaint within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 28th day of August, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party